HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
VICTOR M. CHAVEZ, Bar No. 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR AVALOS-BALLESTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-00057 AWI-BAM-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF DEFENDANT'S PERSONAL<br>) PRESENCE; ORDER THEREON |
| VICTOR AVALOS-BALLESTEROS, | ) Date:   May 27, 2014 |
| Defendant. | ) Time:   1:00 p.m.<br>) Judge   Hon. Barbara A. McAuliffe |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, VICTOR AVALOS-BALLESTEROS, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Manuel M. Chavez, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's

/ / /

/ / /

/ / /

/ / /

/ / /

presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.  This request is made to avoid the necessity of travel from Bell, California to Fresno for all court appearances.  The government is not opposed to this request.

DATED:  May 20, 2014            /s/ Victor Avalos-Ballesteros
                                VICTOR AVALOS-BALLESTEROS


DATED:  May 20, 2014            /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender, Attorney
                                for VICTOR AVALOS-BALLESTEROS


O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **May 20, 2014**              /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE