HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
VICTOR M. CHAVEZ, Bar No. 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR AVALOS-BALLESTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00057 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON |
| vs. | ) ) | Date:     October 14, 2014 |
| VICTOR AVALOS-BALLESTEROS, | ) ) | Time:     1:00 p.m. Judge     Hon. Barbara A. McAuliffe |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the following conditions may be added to Defendant, VICTOR AVALOS-BALLESTEROS' existing conditions of release:

> You shall participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of counseling services based on your ability to pay, as determined by the pretrial services officer.

Pretrial Services concurs with this modification to the conditions of release.  All of the previously-ordered conditions shall remain in full force and effect.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED:  August 15, 2014        By:    /s/ Patrick R. Delahunty
                                                  PATRICK R. DELAHUNTY
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: August 15, 2014         By:    /s/ Victor M. Chavez
                                                  VICTOR M. CHAVEZ
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  VICTOR AVALOS-BALLESTEROS

**O R D E R**

IT IS SO ORDERED.

    Dated:  **August 18, 2014**                  /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE