# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Victor Avalos Ballesteros )<br>  ) | Case No.  1:14CR00057 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Victor Avalos Ballesteros__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Changing condition 7(t) to read as follows: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency device attached to your person. You shall comply with all the instructions for the use and operation of said devices as given to you by the Pretrial Service Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based on your ability to pay as determined by the pretrial services officer. **CURFEW**: You shall remain inside your residence every day from 9 pm to 6 am, or as adjusted by the pretrial services officer for medical, religious, employment, or court-ordered obligations.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  01/21/2015      _____  1-21-15
Signature of Defendant       Date               Pretrial Services Officer   Date
Victor Avalos Ballesteros                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                       1/30/15
Signature of Assistant United States Attorney                    Date
Patrick R. Delahunty

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                       1/21/15
Signature of Defense Counsel                                     Date
Victor Manuel Chavez

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   1/30/2015
[ ] The above modification of conditions of release is *not* ordered.

_____                                       1/30/2015
Signature of Judicial Officer                                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services