HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
VICTOR M. CHAVEZ, Bar No. 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR AVALOS-BALLESTEROS

**FILED**
**OCT 1 4 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00057-AWI-BAM-1 |
| Plaintiff, | |
| vs. | ORDER EXONERATING BAIL |
| VICTOR AVALOS-BALLESTEROS, | |
| Defendant. | |

Defendant, Victor Avalos-Ballesteros, having been remanded into custody by this Court on October 5, 2015, bail posted in this matter on March 31, 2014 is ordered exonerated. The clerk of the court shall return the $4,000.00 (Receipt #CAE100025357) deposited to the surety, Ms. Louise Ballesteros. The court's financial department shall contact the Federal Defender to obtain the surety's current address.

**IT IS SO ORDERED.**

DATED: October 14, 2015

ANTHONY W. ISHII
Senior United States District Judge