HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00057-AWI-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| VICTOR AVALOS BALLESTEROS, | |
| *Defendant.* | |

Defendant, Victor Avalos Ballesteros, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On January 4, 2016, Mr. Ballesteros was sentenced to 57 months in custody followed by 36 months of supervised release. He began serving his term of supervised release on October 24, 2019.

Mr. Ballesteros submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing Mr. Ballesteros Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  March 25, 2021                                 */s/ Eric V Kersten*
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __March 25, 2021__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE